# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:07-cr-00033-MR-WCM-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TICO LOMBARD FLEMING, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion for relief under the First Step Act of 2018 [Doc. 634].

In his letter, the Defendant requests the Court to "evaluate and review [his] case" to determine whether he is entitled to relief under the First Step Act of 2018. [Doc. 634 at 1].

The Defendant's request is denied. If the Defendant wishes to seek any relief pursuant to the First Step Act, he must do so by filing a motion setting out a specific claim for relief.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter, which the Court construes as a motion for relief under the First Step Act of 2018 [Doc. 634] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: May 19, 2019

Martin Reidinger
United States District Judge